[No. 47823-1-I. Division One. March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ARIF KHEYRADDIN MUSAYEV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05439-0, Marilyn Sellers, J. Pro Tem., entered December 8, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Schindler, J.

[No. 19746-8-III. Division Three. March 5, 2002.]

GEORGE OLSEN, *Respondent*, v. WILBUR SCHOOL DISTRICT NO. 200, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 00-2-00075-9, Richard W. Miller, J., entered November 3, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19845-6-III. Division Three. March 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY RAY ZAPIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-01256-5, Michael E. Schwab, J., entered December 8, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.